IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

JORDAN J. JAHEEM,

    Plaintiff,

v.                                    CASE NO. 2015____

AIDT MARITIME TRAINING CENTER,

    Defendant.

## COMPLAINT

COMES NOW the Plaintiff and alleges as follows:

1. Plaintiff is an African-American, adult resident of Escambia County, Florida.

2. Defendant AIDT Maritime Training Center is a maritime employment training center operating in Mobile County, Alabama, at all times relevant to this action.

2. This is an action for employment discrimination retaliation pursuant Title VII of the Civil Rights Act of 1964, as amended, and therefore federal question jurisdiction is present pursuant to 42 U.S.C. Section 1331.

3. All EEOC administrative prerequisites have been satisfied.

4. In November, 2014, Plaintiff was a student in the Defendant's welding program when, on or about November 26, 2014, he reported an incident of racial discrimination he observed during a training class. Specifically, he observed a fellow student use the term "nigger" during class.

Nine days after reporting this incident to his instructor, and for no other reason, Plaintiff was removed from the program in retaliation for making this complaint.

5. Said removal was done intentionally, and in retaliation for the previous complaint.

6. As a proximate result, Plaintiff suffered mental anguish, humiliation, loss of income, and loss of training and employment opportunity.

## COUNT I: TITLE VII RACE RETALIATION

7. Plaintiff incorporates by reference the allegations contained in paragraphs one through six above, as though fully stated herein.

10. Plaintiff suffered retaliation from Defendant in violation of his protected right to make a discrimination complaint free from retaliation pursuant to the Title VII anti-retaliation provisions of the Civil Rights Act of 1964, as amended.

10. As a proximate result, Plaintiff suffered the damages described above.

**WHEREFORE**, Plaintiff demands a judgment against the Defendant for the following relief:

a. Compensatory damages in an amount which will compensate the Plaintiff for his financial losses, both direct and consequential, and his emotional distress.

b. Punitive damages based on the nature of the Defendant's conduct.

      c. A finding that the Defendant has violated the Plaintiffs civil rights.

      d. Payment of reasonable statutory civil rights attorney fees incurred in the

BY: /s/*Steven L. Terry*

Attorney for Plaintiff
steventerry2@netzero.net
1409-B Government Street
Mobile, AL 36604
251.432.4800

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS

BY: /s/*Steven L. Terry*

STEVEN L. TERRY (TER011)